November 14, 2008

Ms. Melissa Ann Johnson
MaddenSewell, LLP
1755 Wittington Place, Suite 300
Dallas, TX 75234

Mr. Mark A. Walsh
Gay, McCall, Isaacks, Gordon, & Roberts, P.C.
777 East 15 Street
Plano, TX 75074
Honorable Erleigh Norville
Judge, County Court at Law
100 W. Mulberry Street
Kaufman, TX 75142

RE: Case Number: 07-0608
 Court of Appeals Number: 05-07-00726-CV
 Trial Court Number: 71709CC

Style: IN RE TRANSCONTINENTAL REALTY INVESTORS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Ms. Sandra |
| |Featherston |